## NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL

FIRST CIRCUIT

2022 CA 0979

SHERMAN WILLIAMS

VERSUS

ANALYTIC STRESS RELIEVING, INC. AND CF INDUSTRIES NITROGEN, LLC.

*DATE OF JUDGMENT:*     MAR 1 3 2024

ON APPEAL FROM THE TWENTY THIRD JUDICIAL DISTRICT COURT
PARISH OF ASCENSION, STATE OF LOUISIANA
NUMBER 118417, DIVISION C

HONORABLE KATHERINE TESS STROMBERG, JUDGE

* * * * * *

Robert Campbell
Baton Rouge, Louisiana

Malcolm J. Dugas, Jr.
Gonzales, Louisiana

Ernest Paul Gieger, Jr.
John E. W. Baay, II
Morgan A. Druhan
New Orleans, Louisiana

F. Dominic Amato
Denham Springs, Louisiana

Counsel for Plaintiff-Appellee
Sherman Williams

Counsel for Defendant-Appellant
Analytic Stress Relieving, Inc.

Counsel for Intervenor-Appellee
Apache Industrial Services, Inc.

* * * * * *

BEFORE: McCLENDON, THERIOT, CHUTZ, WOLFE, AND HESTER, JJ.

Disposition: MOTION TO DISMISS GRANTED AND APPEAL DISMISSED. ANSWER DISMISSED.

**CHUTZ, J.**

Defendant-appellant, Analytic Stress Relieving, Inc. (ASR), appeals the trial court's judgment, granting in part a motion for a judgment notwithstanding the verdict (JNOV) raised by plaintiff-appellee, Sherman Williams. Williams filed an answer to the appeal that he wished to have the court consider in the event it "reverses the trial court's ruling on the motion for [JNOV]."

Prior to oral argument before the five-judge panel, ASR advised the court that the matter had settled. In a letter signed by counsel for both ASR and Williams, the parties jointly withdrew their request for oral argument noting, "We have resolved this matter with [Williams], via settlement this morning." The letter also stated that counsel for both Williams and ASR "have signed this letter ... confirming our settlement." ASR subsequently filed a motion to dismiss its appeal. Williams also sent correspondence stating that he had no objection to the motion to dismiss. Accordingly, the motion to dismiss is granted and ASR's appeal is dismissed.

Because this court did not reverse the trial court's ruling on its JNOV grant, the answer is moot. See *Cat's Meow, Inc. v. City of New Orleans*, 98-0601 (La. 10/20/98), 720 So.2d 1186, 1193 ("A case is 'moot' when a rendered judgment or decree can serve no useful purpose and give no practical relief or effect."). Accordingly, we dismiss the answer.

## DECREE

For these reasons, we grant ASR's motion to dismiss and dismiss the appeal. The answer is dismissed. Each party is to bear their own costs.

**MOTION TO DISMISS GRANTED AND APPEAL DISMISSED. ANSWER DISMISSED.**